FILED

11/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0459

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA 20-0459

---

B.Y.O.B., Inc., a Montana Corporation, JIM GLANTZ, Individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF DONNA GLANTZ, Deceased, ON BEHALF OF THE ESTATE OF DONNA GLANTZ, BARBARA RILEY, MEADOW LAKE REAL ESTATE a/b/n of CYA, Inc., GILDO, LLC, a Montana Limited Liability Company, TERIN GILDEN, and NATHAN GILDEN,

     Plaintiffs/Appellants,

vs.

STATE OF MONTANA, a governmental entity; THE MONTANA DEPARTMENT OF REVENUE, a political subdivision of the State of Montana; and DOES A – Z,

     Defendants/Appellees.

---

## GRANT OF EXTENSION

UPON CONSIDERATION of the Motion for Extension of Time of Plaintiffs/Appellants B.Y.O.B., Inc., Jim Glantz, Individually and as Personal Representative of the Estate of Donna Glantz, Deceased, on Behalf of the Estate of Donna Glantz, Barbara Riley, Meadow Lake Real Estate a/b/n of CYA, Inc., Gildo, LLC, Terin Gilden (n/k/a Terin Riley), and Nathan Gilden, and for good cause appearing,

-1-

IT IS HEREBY ORDERED that Plaintiffs/Appellants are granted an extension of time up to and including December 30, 2020 in which to prepare, file, and serve their opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 9 2020